## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEOFFREY SULESKI,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC.<br><br>Defendant. | Civil Action No. 1:16-cv-522-LJV |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Jason E Manning* | */s/ Craig Thor Kimmel* |
| Jason E Manning, Esq. | Craig Thor Kimmel |
| Troutman Sanders LLP | Kimmel & Silverman, P.C. |
| 222 Central Park Avenue | 1207 Delaware Avenue, Suite 440 |
| Suite 2000 | Buffalo, NY 14209 |
| Virginia Beach VA 23462 | Phone: 716-332-6112 |
| Phone: (757) 687-7564 | Fax: 800-863-1689 |
| Fax: (757) 687-1524 | Email: teamkimmel@creditlaw.com |
| Email:jason.manning@troutmansanders.com | Attorney for Plaintiff |
| Attorney for the Defendant | |
| | Date: February 9, 2018 |
| Date: February 9, 2018 | |

BY THE COURT:

_____

**Certificate of Service**

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 9th day of February, 2018:

Jason E Manning, Esq.
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach VA 23462
Phone: (757) 687-7564
Fax: (757) 687-1524
Email:jason.manning@troutmansanders.com

                                            */s/ Craig Thor Kimmel*
                                            Craig Thor Kimmel
                                            Kimmel & Silverman, P.C.
                                            1207 Delaware Avenue, Suite 440
                                            Buffalo, NY 14209
                                            Phone: 716-332-6112
                                            Fax: 800-863-1689
                                            Email: teamkimmel@creditlaw.com
                                            Attorney for the Plaintiff